RECEIVED
JUN 15 2020
BY MAIL

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

COLETTE EFFIE-JILL (WETTLING) FORD )
)
)
)
)
)

**Complaint for a Civil Case**

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No.
*(to be assigned by Clerk of District Court)*

Plaintiff requests trial by jury:
☒ Yes ☐ No

v.

FAMILY SERVICES (FEDERAL)

*(Write the full name of each defendant. The caption must include the names of all of the parties. Fed. R. Civ. P. 10(a). Merely listing one party and writing "et al." is insufficient. Attach additional sheets if necessary.)*

## CIVIL COMPLAINT

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the $400.00 filing fee or an application to proceed without prepaying fees or costs.*

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | COLETTE EFFIE-JILL (WETTING) FORD |
| Street Address | 21008 N. ROSEGARDEN AVE #207 |
| City and County | PHOENIX, MARICOPA |
| State and Zip Code | ARIZONA 85027 |
| Telephone Number | 480-228-6217 |
| E-mail Address | jill68ford2007@gmail.com |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | FAMILY SERVICES DIVISION |
| Job or Title | |
| Street Address | 3101 CHOUTEAU AVE. |
| City and County | ST. LOUIS , ST LOUIS CITY |
| State and Zip Code | MISSOURI , 63103 |
| Telephone Number | 314-256-7000 |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the information for this case. *(Include all information that applies to your case)*

### A. Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. Suit against the Federal Government, a federal official, or federal agency

List the federal officials or federal agencies involved, if any.

```
FAMILY SERVICES IN ST LOUIS
```

### C. Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation, and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

    1.    The Plaintiff(s)

The plaintiff, *(name)* Colette E.J.W. Ford, is a citizen of the State of *(name)* ARIZONA.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

3

2. The Defendant(s)

If the defendant is an individual

    The defendant, *(name)* _____ , is a citizen

    of the State of *(name)* _____ Or is a citizen

    of *(foreign nation)* _____ .

If the defendant is a corporation

    The defendant, *(name)* _____FAMILY SERVICES_____ .

    is incorporated under the laws of the State of *(name)*

    _____MISSOURI_____ , and has its principal place of

    business in the State of *(name)* _____MISSOURI_____ Or

    is incorporated under the laws of the State of *(foreign nation)*

    _____ , and has its principal place

    of business in *(name)* _____FAMILY SERVICES_____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

IT INVOLVES PERSONAL INJURY, PHYSICAL AND MENTAL AND LIFE LONG HEALTH ISSUES.

4

## III. Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

```
That I Colette E. J.W. Ford, received counceling from "Mosaic
family services". Her councelor Angela Shokani" 2014-2017 from
December 3, 2014 to December 9, 2015 That is where she was able
to recall all her childhood memories/nightmares of the events
caused by Family Services. I see attached A, a brief statement.

This began in 1970-1971, but through my counceling I was able to
remember her horrifing past therefore initiating this law suit.

This all began due to an employee at the Family Services in St
Loise, Missouri.

I have been diagnosed with:
1. Extreme advanced Ulcerative Colitise.
2. Brain Damage.

Family Services of St. Loise Missouri, failed to oversee their
employee's and not protecting the children, myself and my
sister's and possible countless other children by not keeping
accurate records and knowing where the children were or where
they should be and definitly where and with whom the should not
be with. They failed and I as a child was severly abused and
tortured.
```

## IV. Relief

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

```
I am asking for the total sum of $10,000,000.00.
```

5

Do you claim the wrongs alleged in your complaint are continuing to occur now?

Yes ☐   No ☒

Do you claim actual damages for the acts alleged in your complaint?

Yes ☒   No ☐

Do you claim punitive monetary damages?

Yes ☒   No ☐

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

```
The physical and mental damages are life long damages
physical damages are unrepairable and the mental damages
will take years (the rest of my life) to just be able to
cope with the memories.
```

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___10___ day of _____JUNE_____, 20 _20_.

Signature of Plaintiff(s) _____

_____COLETTE JILL FORD_____

6